**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**TRACY HORTON,** *et al.,*

    **Plaintiffs,**

vs.                                                  Civil Action No. 1:14-cv-00230-LMB-TRJ

**THE SOURCE FOR PUBLIC DATA, L.P.,
d/b/a PUBLICDATA.COM,** *et al.***,**

    **Defendants.**

### DEFENDANTS' MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Defendants, The Source for Public Data, L.P., d/b/a PublicData.com, ShadowSoft, Inc., Harlington-Straker Studio, Inc., and Dale Bruce Stringfellow, by counsel, move to transfer this case to the United States District Court of the Northern District of Texas, Dallas Division. The reasons in support of this Motion are set forth in the accompanying memorandum and attached declaration.

THE SOURCE FOR PUBLIC DATA, L.P., d/b/a PUBLICDATA.COM, SHADOWSOFT, INC., HARLINGTON-STRAKER STUDIO, INC., AND DALE BRUCE STRINGFELLOW


By:/s/Mary Catherine Zinsner
Mary Catherine Zinsner
Virginia State Bar No. 31397
*Attorneys for Defendants The Source for Public Data, L.P., d/b/a PublicData.com; ShadowSoft, Inc.; Harlington-Straker Studio, Inc.; and Dale Bruce Stringfellow*
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA  22182
Telephone:  703-734-4334
Facsimile:  703-734-4340
Email: mary.zinsner@troutmansanders.com

David N. Anthony
Virginia State Bar No. 31696
*Attorneys for Defendants The Source for Public Data, L.P., d/b/a PublicData.com; ShadowSoft, Inc.; Harlington-Straker Studio, Inc.; and Dale Bruce Stringfellow*
TROUTMAN & SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  804-697-5410
Facsimile:  804-698-5118
Email:  david.anthony@troutmansanders.com

Ronald I. Raether, Jr. (0067731)
Admitted *pro hac vice*
*Attorneys for Defendants The Source for Public Data, L.P., d/b/a PublicData.com; ShadowSoft, Inc.; Harlington-Straker Studio, Inc.; and Dale Bruce Stringfellow*
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  937- 227-3733
Facsimile:  937-227-3717
Email:  rraether@ficlaw.com

Daniel J. Donnellon (0036726)
Admitted *pro hac vice*
*Attorneys for Defendants The Source for*
*Public Data, L.P., d/b/a PublicData.com;*
*ShadowSoft, Inc.; Harlington-Straker Studio,*
*Inc.; and Dale Bruce Stringfellow*
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, Ohio  45202
Telephone:  513-632-0308
Facsimile:  513-632-0319
Email:  ddonnellon@ficlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on the 20th day of May, 2014, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Kristi Cahoon Kelly, Esq. | Leonard A. Bennett, Esq. |
| Andrew J. Guzzo, Esq. | Susan Rotkis, Esq. |
| Kelly & Crandall, PLC | Consumer Litigation Associates, P.C. |
| 4084 University Drive, Suite 202A | 763 J. Clyde Morris Blvd., Suite 1-A |
| Fairfax, Virginia  22030 | Newport News, Virginia  23601 |
| Telephone:  (703) 424-7576 | Telephone:  (757) 930-3660 |
| Email:  kkelly@kellyandcrandall.com | Email:  lenbennett@clalegal.com |
| Email:  aguzzo@kellyandcrandall.com | Email:  srotkis@clalegal.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

/s/Mary Catherine Zinsner
Mary Catherine Zinsner
Virginia State Bar No. 31397
*Attorneys for Defendants The Source for Public Data, L.P., d/b/a PublicData.com; ShadowSoft, Inc.; Harlington-Straker Studio, Inc.; and Dale Bruce Stringfellow*
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA  22182
Telephone:  703-734-4334
Facsimile:  703-734-4340
Email: mary.zinsner@troutmansanders.com